**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OLGA MIRABAL, | : |
| | : |
| Plaintiff, | : Civil Case No. 08-1079 (FSH) |
| | : |
| v. | : **ORDER** |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : Date: February 17, 2009 |
| | : |
| Defendant. | : |

**HOCHBERG, District Judge**

This matter having come before the Court upon Plaintiff's appeal of Defendant's final decision to disallow Plaintiff's claim of disability, filed pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3); and

it appearing that Plaintiff's supporting brief filed February 4, 2009 totals 63 pages, and therefore does not comply with Local Civil Rule 7.2(b);[1] and

---

[1] Local Civil Rule 7.2(b) provides that,

> Any brief . . . shall not exceed 40 ordinary typed or printed pages . . . excluding pages required for the table of contents and authorities. Briefs of greater length will only be accepted if special permission of the Judge or Magistrate Judge is obtained prior to submission of the brief.

Here, Plaintiff did not obtain prior permission from the Court to file her over-length brief.

1

it appearing that the Court may refuse to consider submissions that fail to comply with the Rule, *see, e.g.*, *Lombardi v. Morris County Sheriff's Dept.*, 2007 WL 2363160, at *2 n.1 (D.N.J. Aug. 14, 2007);

**IT IS** on this 17th day of February 2009,

**ORDERED** that Plaintiff shall, by **February 24, 2009**, file a modified brief that complies with the page limit stated in Local Civil Rule 7.2(b).

                                                    **/s/ Hon. Faith S. Hochberg**
                                                    Hon. Faith S. Hochberg, U.S.D.J.